IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| **Cinceray Clinton** | ) | CASE NO. 19-13139-aih |
|   Debtor | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| **Bridgecrest Acceptance Corp** | ) | |

### NOTICE OF DEBTOR'S MOTION TO REDEEM PERSONAL PROPERTY

TO:   ALL PARTIES IN INTEREST

Cinceray Clinton, Debtor, has filed papers with the Court to redeem a vehicle.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. (If you do not have any attorney, you may wish to consult one).**

If you do not want the Court to rule on the motion, or if you want the Court to consider your views, then or before September 18, 2019, you or your attorney must:

1. File with the Court a written response, explaining your position, at:

    United States Bankruptcy Court
    Howard M. Metzenbaum U.S. Courthouse
    201 Superior Ave.
    Cleveland, OH 44114

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

2. Mail a copy to:

    Kathryn Harlow, Esq.
    1255 Euclid Ave., Ste. 300
    Cleveland, OH 44115

    Lauren A. Helbling, Chapter 13 Trustee
    200 Public Square
    BP Tower Suite 3860
    Cleveland OH 44114

You or your attorney must also attend the hearing on the motion scheduled for September 24, 2019, at 10:00AM in Courtroom 1A of the U.S. Bankruptcy Court, 201 Superior Ave. Cleveland OH 44114.

If you or your attorney does not take these steps, the Court may decide that you do not oppose the motion and may enter an order granting the motion without a hearing.

Respectfully submitted,

*/s/Kathryn Harlow*
Kathryn Harlow (#0051626)
1255 Euclid Ave., Ste. 300
Cleveland, OH 44115
(216) 696-5750
Fax (216) 696-7301
kharlow@towardsemployment.org

Attorney for Debtor

## CERTIFICATE OF SERVICE

I certify that on the 4th day of September, 2019, a true and correct copy of the Notice of Motion for Authority to Redeem Personal Property was sent via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- **Robert D. Barr**           rbarr@koehler.law, rbarr@koehler.law
- **Richard E. Hackerd**       Richard@Hackerd.com, tracy@hackerd.com
- **Kathryn Harlow**           kharlow@towardsemployment.org
- **Alan J. Treinish**         alan@treinishlpa.com, atreinish@ecf.axosfs.com
- **United States Trustee**    (Registered address)@usdoj.gov

And via regular U.S. mail, postage prepaid, on:
**Bridgecrest Credit Company, LLC**
**4020 East Indian School Road**
**Phoenix AZ 85018**

**Bridgecrest Credit Company, LLC**
**C/O Corporation Service Company**
**50 West Broad Street**
**Suite 1330**
**Columbus OH 43215**

**Bridgecrest Acceptance Corp**
**Attn: Bankruptcy Dept.**
**P.O. Box 29018**
**Phoenix AZ 85038**                    /s/ Kathryn Harlow